1

2

3          IN THE UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5    SCOTT PINHOLSTER,                        No. C 09-1744 SBA (PR)

6              Plaintiff,                      **ORDER DISMISSING COMPLAINT**
                                              **WITH LEAVE TO AMEND**
7      v.

8    R. S. WONG, et al.,

9              Defendants.
     _____/

10

11          Plaintiff Scott Pinholster, a state prisoner currently incarcerated at San Quentin State Prison

12   (SQSP), has filed the present pro se civil rights action pursuant to 42 U.S.C. § 1983 alleging a

13   violation of his constitutional rights while incarcerated at SQSP.  His motion for leave to proceed in

14   forma pauperis has been granted.  Venue is proper in this district because the events giving rise to

15   the action occurred at SQSP, which is located in this district.  See 28 U.S.C. § 1371(b).

16          Plaintiff did not use the Court's civil rights complaint form when he filed this action.  His

17   complaint is thirty-two hand-written, single-spaced pages.  There is no spacing to indicate where

18   new paragraphs begin.

19          "The Federal Rules require that averments 'be simple, concise, and direct.'"  McHenry v.

20   Renne, 84 F.3d 1172, 1177 (9th Cir. 1996).  Excessively lengthy complaints such as the one Plaintiff

21   has filed in this case impose unfair burdens on litigants and judges and fail to perform the essential

22   functions of a complaint.  Cf. id. at 1179-80.  Accordingly, Plaintiff's complaint is DISMISSED with

23   leave to amend in order to give Plaintiff the opportunity to file a simple, concise and direct

24   complaint which states clearly and succinctly each claim he seeks to bring in federal court and

25   explains how each claim was exhausted in the state courts.

26          The Court also notes that Plaintiff has provided no details supporting his allegation that he

27   "has fully exhausted all levels of available inmate appeals, [and] all levels were denied."  (Compl. at

28   29.)  The Court notes that the civil rights complaint form prompts plaintiffs to provide such details;
     therefore, Plaintiff should do so in his amended complaint.

**United States District Court**
For the Northern District of California

**CONCLUSION**

1.      Plaintiff's complaint is DISMISSED with leave to amend.  The amended pleading must be in the Court's civil rights complaint form and must include the caption and civil case number used in this Order -- No. C 09-1744 SBA (PR) -- and the words AMENDED COMPLAINT on the first page.

**Failure to file a proper amended complaint within thirty (30) days of this Order will result in the dismissal of this action.**

2.      The Clerk of the Court shall provide Plaintiff with a blank civil rights complaint form.

IT IS SO ORDERED.

DATED: 10/26/09`

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.09\Pinholster1744.DWLA(e2h).wpd

United States District Court
For the Northern District of California

1
UNITED STATES DISTRICT COURT
FOR THE
2
NORTHERN DISTRICT OF CALIFORNIA

3

SCOTT PINHOLSTER,
4
                    Case Number: CV09-01744 SBA
                Plaintiff,
5
            **CERTIFICATE OF SERVICE**
      v.
6

R S WONG et al,
7

                Defendant.
8
——————————————————/

9
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10
Court, Northern District of California.

11
That on October 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
located in the Clerk's office.

13

14

15
Scott Pinholster #C87601
San Quentin State Prison
16
San Quentin, CA 94974

17
Dated: October 28, 2009

                    Richard W. Wieking, Clerk
18
                    By: LISA R CLARK, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.09\Pinholster1744.DWLA(exh).wpd

*United States District Court*
For the Northern District of California