IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT PINHOLSTER,

    Plaintiff,

 v.

R. S. WONG, et al.,

    Defendants.

No. C 09-01744 SBA (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' DISPOSITIVE MOTION**

    Plaintiff has filed a request for an extension of time in which to file his response to Defendants' Dispositive Motion.

    Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED.

    Plaintiff must file his response to Defendants' Dispositive Motion no later than **August 15, 2012.** Defendants reply to the opposition must be filed no later than **August 30, 2012.**

    No further extensions of time will be granted in this case absent exigent circumstances.

    This Order terminates Docket no. 27.

    IT IS SO ORDERED.

DATED:   6/15/12

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.09\Pinholster1744.grant-EOT-resp2DsDispMot.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SCOTT PINHOLSTER,

        Plaintiff,

v.

R S WONG et al,

        Defendant.

Case Number: CV09-01744 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 15, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Scott Pinholster #C87601
San Quentin State Prison
San Quentin, CA 94974

Dated: June 15, 2012

        Richard W. Wieking, Clerk
        By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\CR.09\Pinholster1744.grant-EOT-resp2DsDispMot.wpd    2