**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT PINHOLSTER,

    Plaintiff,

v.

B. EBERT, et al.,

    Defendants.
 / 

No. C 09-01744 SBA (PR)

**JUDGMENT**

    Pursuant to the Court's Order of today's date granting Defendants' motion for judgment on the pleadings, judgment is hereby entered in favor of Defendants Ebert and Mincey and against Plaintiff. The parties shall bear their own costs.

    IT IS SO ORDERED.

DATED: 9/28/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.09\Pinholster1744.jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PINHOLSTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R S WONG et al,<br><br>　　　　　Defendant.　　　　　／ | Case Number: CV09-01744 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Scott Pinholster #C87601
San Quentin State Prison
San Quentin, CA 94974

Dated: October 11, 2012

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\CR.09\Pinholster1744.jud.wpd　　　　2